## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

KELLI CORNELIUS,

      Plaintiff,

v.

AARON RECOVERY SYSTEMS, LLC.,

      Defendant.

JUDGMENT IN A CIVIL CASE

Case No.  15-cv-122-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Kelli Cornelius against defendant Aaron Recovery Systems, LLC.,  awarding damages, costs, and attorney's  fees in the amount of $4,673.50.

Approved as to form this 2nd day of ~~May,~~ June, 2015.

William M. Conley, U.S. District Judge

Peter Oppeneer, Clerk of Court

6/4/15
Date